UNITED STATES DISCTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.:

DENNIS MOORE,                     )
    Plaintiff                     )
                 )
vs.                               )
                 )
CR DANIELS, INC.                  )
    Defendant                     )

**COMPLAINT AND DEMAND
FOR TRIAL BY JURY**

# 04 - 3 0 1 3 9 - KPN

**FILING FEE PAID:**
**RECEIPT #** _305679_
**AMOUNT $** _150.00_
**BY DPTY CLK** _MGH_
**DATE** _7/28/04_

## PREAMBLE

JURISDICTION IS BASED ON DIVERSITY. THE PLAINTIFF RESIDES IN CHICOPEE, MASSACHUSETTS AND THE DEFENDANT IS A MARYLAND CORPORATION. THIS IS A PRODUCT LIABILITY CASE WITH A REASONABLE LIKELIHOOD OF A JUDGMENT IN EXCESS OF $75,000.00.

## PARTIES

1.  Plaintiff, Dennis Moore resides at 19 Bemis Street, Chicopee, Hampden County, Massachusetts.

2.  Defendant, CR Daniels, Inc., is a Maryland Corporation with its principle place of business at 4005 Chatham Road, Ellicot City, MD, 21043-4191 was a manufacturer of postal carts.

3.  The Defendant at all times material to this lawsuit have been registered to do business in the Commonwealth of Massachusetts, and have been contracting to supply goods and services in the Commonwealth of Massachusetts. The Defendant sold postal carts and did substantial business in the Commonwealth of Massachusetts from which activities and contacts Plaintiffs' claims arose, sufficient to give rise to personal jurisdiction pursuant to M.G.L. c.223A, s.3. Specifically, a defective postal carts sold to Plaintiff's employer, US Postal Service by the Defendant.

## ALLEGATIONS OF FACT

4.  On or about 08/09/01 Dennis Moore was pulling a postal cart, which was equipped with wheels to small for the weight causing injury to him. Dennis Moore's thoracis, lumbar, left shoulder and arm were permanently damaged. It was foreseeable that a postal cart used by Plaintiff would cause damage. Defendant manufactured the cart in a defective way; namely, the wheels were too small for the load.

5.  As a direct and proximate result of Defendant's negligence in selling a defectively designed and unsafe product, the Plaintiff, Dennis Moore was injured. Plaintiff's claim arises as a result of the thoracis, lumbar, left shoulder and arm by the defective postal cart product.

## COUNT I - NEGLIGENCE

6.  Plaintiffs repeat and reallege Paragraphs 1 through 5, and incorporate them by reference as if they had been originally stated herein.

7.  The lack of warning for the anticipated use and poor design of the postal cart was negligently performed by Defendant. The Defendant failed to make the postal cart safe for all foreseeable users. Said failure, directly and proximately caused the Plaintiffs damage and injury.

## COUNT II - FAILURE TO WARN

8.  Plaintiffs repeat and reallege Paragraphs 1 through 7, and incorporate them by reference as if they had been originally stated herein.

9.  The Defendants, failed to give adequate warning to the Plaintiff of the dangerous condition created by the Defendant's postal cart. As a direct and proximate result of said failure to warn, the Plaintiff was damaged and injured.

## COUNT III - BREACH OF WARRANTY OF MERCHANTABILITY

10.   Plaintiffs repeat and reallege Paragraphs 1 through 9, and incorporate them by reference as if they had been originally stated herein.

11.   The Defendant breached the implied warranty of merchantability to the Plaintiff under MGL c.106, s. 2-314 to 2-318, and as a direct and proximate result of the breach of warranty, the Plaintiffs suffered damage and injury.

## COUNT IV - BREACH OF WARRANTY OF FITNESS
## FOR A PARTICULAR PURPOSE

12.   Plaintiffs repeat and reallege Paragraphs 1 through 11, and incorporate them by reference as if they had been originally stated herein.

13.   The Defendant breached the implied warranty that the postal cart was fit for    the particular purpose. As a direct and proximate result of the Defendant's breach of this warranty, the Plaintiff suffered injury to body and mind.

WHEREFORE, the Plaintiff demands judgment against the Defendant for the above-mentioned wrongs, and further demand the assessment of money damage, plus interest, costs and attorneys' fees.

## DEMAND FOR TRIAL BY JURY

The Plaintiff demands a trial by jury on all counts.

Respectfully submitted,
The Plaintiff, By His Attorney,

Dated:  7-28-04

Frank R. Saia, J.D. (BBO#437920)
Saia Law Firm, LLC
106 State Street
Springfield, MA 01103
Tel. (413) 736-3611
FAX (413) 736-4531

3