UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
DENNIS MOORE,                       *
         Plaintiff                  *
                                    *
VS.                                 *   CASE NUMBER: 3:04CV30139-KPN
                                    *
CR DANIELS, INC.,                   *
         Defendant                  *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S ANSWER AND DEMAND FOR TRIAL BY JURY

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Defendant admits the allegations contained in Paragraphs 1 and 2 of the Complaint, denies the allegations contained in Paragraphs 3 through 13.

### Third Defense

If the Plaintiff was injured as alleged in his Complaint such injury was caused by the Plaintiff's own negligence which was greater than that of the Defendant and therefore the Plaintiff is precluded from recovery.

### Fourth Defense

If the Plaintiff was injured as alleged in the Complaint such injury was caused by the Plaintiff's own negligence which should reduce any award that may be given the Plaintiff in this matter.

### Fifth Defense

If the Plaintiff was injured as alleged in the Complaint such injury was caused by a person or persons for whose conduct this Defendant is not legally responsible for.

## Sixth Defense

If the Plaintiff was injured as alleged in the Complaint such injury was caused by the Plaintiff's own misuse of the product which was the proximate cause of the Plaintiff's injury and therefore he is precluded from recovery.

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL THE ISSUES.

THE DEFENDANT,
By Its Attorney


/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Faille, Birrell & Daniels
1414 Main Street, Suite 2200
Springfield, MA 01144
(413) 747-5170
Richard.Faille@stpaul.com