UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
DENNIS MOORE,                       *
        Plaintiff                   *
                                    *
VS.                                 *   CASE NUMBER: 3:04CV30139-KPN
                                    *
CR DANIELS, INC.,                   *
        Defendant                   *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## RULE 7.3 STATEMENT

There are no parent corporations or publicly held corporations that own 10% of the stock of the Defendant.

        THE DEFENDANT,
        By Its Attorney

        /s/ Richard F. Faille
        Richard F. Faille, Esquire, BBO#: 157640
        Law Offices of Faille, Birrell & Daniels
        1414 Main Street, Suite 2200
        Springfield, MA 01144
        (413) 747-5170
        Richard.Faille@stpaul.com