UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
DENNIS MOORE,                       *
         Plaintiff                  *
                                    *
VS.                                 *   CASE NUMBER: 3:04CV30139-KPN
             *
CR DANIELS, INC.,                   *
         Defendant                  *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

**APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my Appearance for the Defendant in the above-entitled matter.

THE DEFENDANT,
By Its Attorney


/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Faille, Birrell & Daniels
1414 Main Street, Suite 2200
Springfield, MA 01144
(413) 747-5170
Richard.Faille@stpaul.com