UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
DENNIS MOORE,                              \*
      Plaintiff                        \*
\*
VS.                                        \*   CASE NUMBER: 3:04CV30139-KPN
\*
CR DANIELS, INC.,                          \*
      Defendant                        \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATION**

The undersigned certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                              THE DEFENDANT,
                                              CR DANIELS, INC.,
                                              By Its Attorney

| | |
|---|---|
| /s/ Renee B. Venne | /s/ Richard F. Faille |
| Renee B. Venne, Sr. Claim Representative | Richard F. Faille, Esquire, BBO#: 157640 |
| The St. Paul Travelers Companies, Inc. | Law Offices of Donald E. Phillips |
| Insurer for CR Daniels, Inc. | 1414 Main Street, Suite 2200 |
| Renee.Venne@stpaul.com | Springfield, MA 01144 |
| | (413) 747-5170 |
| | Richard.Faille@stpaul.com |