UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

CIVIL ACTION NO. 04-30152-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS.

DENNIS MOORE,
    Plaintiff,

vs.

CR DANILES, INC.
    Defendant.

## RULE 16.1 JOINT STATEMENT OF THE PARTIES

The parties to this action, Plaintiff, Dennis Moore, ("Plaintiff") and Defendant, CR Daniles, Inc., ("Defendant") submit this Joint Statement pursuant to Local Rule 16.1(D)(1) and the Notice of Scheduling Conferences dated January 18, 2005. Local Rule 16.1(D)(3) certifications will be separately. The parties conferred on February 8, 2005 and jointly make proposals contained in this statement.

**1.**    **Brief Background**

Plaintiff alleges that he sustained serious and permanent injuries sustained while using a postal cart that was manufactured by CR Daniles, Inc. Plaintiff asserts causes of action against the Defendant for negligence, failure to warn, breach of implied warranty and violation of M.G.L.c. 93A. The Defendant refutes the substantive assertions set forth in Plaintiff's causes of action and deny that the postal cart at issue caused any injury to the Plaintiff.

**2.**    **Proposed Discovery Schedule**

The parties agree to conduct discovery within the scope of Fed.R.Civ.P.26(b). In addition, the parties agree to a discovery schedule and pretrial motion schedule as set forth in the proposed order attached hereto as Exhibit A.

**3.**    **Trial by a Magistrate Judge**

The parties are unwilling at this time to assent to a trial before a magistrate judge.

4. **Phased Discovery**

The parties have considered the concept of phased discovery but do not believe that it would be helpful in the particular circumstances of this case.

5. **Automatic Disclosures**

The parties agree to serve their initial Fed.R.Civ.P.26(a)(1) disclosures by March 1, 2005.

Respectfully submitted,
The Plaintiff, by his Attorneys,

_____
Frank R. Saia, J.D. (BBO # 437920)
106 State Street
Springfield, MA 01103
Tel. (413) 736-3611
Fax. (413) 736-4531

The Defendant, by their Attorneys

_____
Richard Faille, Esq. (BBO#157640)
Faille, Birrel & Daniels
1414 Main Street, #2200
Springfield, MA 02210
Tel. (413) 747-5170
Fax. (413) 739-0221

*Exhbt A*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30152-MAP

DENNIS MOORE,
    Plaintiff,

vs.

CR DANILES, INC.
    Defendant.

## PROPOSED SCHEDULING ORDER

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation and fair disposition of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above entitled action having been filed on July 28, 2004 it is hereby ORDERED pursuant to Rule 15(b) of the Federal Rules of Civil Procedure and Local Rule 16.1 F, that:

    (1) amendments to the pleadings are to be filed by **June 1, 2005**, subject to the provisions of Local Rule 15.1 and the Federal Rules of Civil Procedure;

    (2) written discovery is to be served by **June 1, 2005;**

    (3) all trial experts are to be designated with disclosure of information regarding trial experts to be in accordance with Fed.R.Civ.P. 26(a)(2); Plaintiff's Experts to be designated by **September 1, 2005 and Defendant's Experts to be designated by November 1, 2005;** and expert depositions to be completed by **January 1, 2006;**

    (4) non-expert depositions are to be completed by **December 1, 2005;**

    (5) DISPOSITIVE motions AND ANY MOTIONS TO SEVER are to be filed by **March 1, 2006** after the completion of the necessary discovery. SUMMARY JUDGMENT MOTIONS must conform to the requirements of Local Rule 56.1;

    (6) Rule 26 disclosure documents are deemed to be discovery by the court and shall be served upon the opposing party by **March 1, 2005**.

All provisions and deadlines contained in this Order having been established 'With the participation of the parties in the case, any requests for modification must be presented to the Judge or Magistrate Judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown, supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleading or file motions.

Counsel are encouraged to seek an early resolution of this case. Additional case management conferences may be scheduled by the Court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or settlement.

Dated:_____

_____
                                                                                            Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30152-MAP

DENIES MOORE,
    Plaintiff,

vs.

CR DANILES, INC.
    Defendant.

## CERTIFICATION

The undersigned certify that they have conferred:

    (a) with a view to establishing a budget for costs of conduction the full course--and--various alternative courses--of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

The Plaintiff, by his attorney,

_____
Frank R. Saia, J.D. (BBO # 437920)
Saia Law Firm, LLC
106 State Street
Springfield, MA 01103
Tel. (413) 736-3611
FAX (413) 736-4531

Dated: 2/8/05

The Plaintiff

_____
Dennis Moore
19 Bemis Street
Chicopee, MA 01013

## CERTIFICATE OF SERVICE

I, Frank R. Saia, J.D., hereby certify that a true copy of the above attached document was served upon on all parties of record on ~~January~~ Feb __8__, 2005 by mailing a copy, postage prepaid, upon:

> Richard F. Faille, Esq.
> Law Offices of Donald E. Phillips
> One Monarch Place
> 1414 Main Street, #2200
> Springfield, MA 01144

_____
Frank R. Saia, J.D..
Saia Law Firm, LLC