UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

DENNIS MOORE                                                                                           Check if previously referred:

                                   V.                                          CA/CR No.    04-30139-MAP

CR DANIELS, INC.


Criminal Category _____


In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge    NEIMAN    for the following proceedings:

(A)           Referred for full pretrial case management, including all dispositive motions.

(B)   XX    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)           Referred for discovery purposes only.

(D)           Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (  ) Motion(s) to dismiss
   (  ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)           Case referred for events only.  See Doc. No(s). _____

(F)           Case referred for settlement.

(G)           Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)           Special Instructions: _____


February 9, 2005                                                        By:    /s/ Elizabeth A. French
Date                                                                           Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]   See reverse side of order for instructions

# **INSTRUCTIONS FOR POST-CONVICTION PROCEEDINGS**

In accordance with all rules governing §2254 and §2255 cases the magistrate judge to whom this post-conviction proceeding is referred shall:

_____    Make a recommendation as to summary dismissal under Rule 4 of the Rules for §2254 and §2255 cases

_____    Appoint counsel if the interests of justice so require

_____    Order issuance of appropriate process, if necessary

_____    Hold a hearing to determine whether or not an evidentiary hearing must be held and make a recommendation to the district judge

_____    If the magistrate judge expects to recommend that an evidentiary hearing be held, the magistrate judge shall hold a pretrial conference for the purpose of narrowing the issue to be tried and submit a memo to the district judge setting forth:

  (a)    a concise summary of the ultimate facts claimed by
         (1) petitioner        (2) respondent        (3) other parties;

  (b)    the facts established by the pleadings or by stipulations of the parties which may be incorporated by reference;

  (c)    any jurisdictional questions;

  (d)    issues of law, including evidentiary questions;

  (e)    the probable length of the evidentiary hearing.

The magistrate judge may also require the parties to submit the names of witnesses whom they intend to produce, and to exhibit to one another, and submit a schedule of, exhibits which they expect to offer in evidence.

_____    As to any issue concerning which the magistrate judge does not intend to recommend an evidentiary hearing, the magistrate judge shall submit a memo which shall:

  (a)    identify the relevant portions of the record or transcript of prior proceedings;

  (b)    summarize the relevant facts;

  (c)    summarize the parties' contentions of law with appropriate citations;

  (d)    state the recommendations as to the disposition of such contentions of law, and the grounds therefore.

(Postconv.ins - 09/92)

(Order of Ref to MJ.wpd - 1/20/03)