UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS MOORE, ) | | |
|       Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No.  04-30139-MAP | |
| ) | | |
| ) | | |
| C.R. DANIELS, INC., ) | | |
|       Defendant ) | | |

SCHEDULING ORDER
February 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be completed by June 1, 2005.

2. Non-expert depositions shall be completed by July 29, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2005.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 1, 2005.

5. All expert depositions shall be completed by December 30, 2005.

6. Counsel shall appear for a case management conference on January 5, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge