UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS MOORE | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | CASE NUMBER:  3:04CV30139-KPN |
| | ) | |
| CR DANIELS, INC. | ) | |
| Defendant | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a)

(1) (ii), hereby stipulate that said action be dismissed with prejudice.

THE PLAINTIFF
By His Attorney


/s/ Frank R. Saia
Frank R. Saia, J.D.
Saia Law Firm, LLC
106 State Street
Springfield, MA   01103
(413) 736-3611, BBO#:  437920
Fax No.:  (413) 736-4531
SAIALAW2@aol.com

THE DEFENDANT
By Its Attorney


/s/ Richard F. Faille
Richard F. Faille, Esquire
Law Offices of Donald E. Phillips
1414 Main Street, Suite 550
Springfield, MA   01144
(413) 730-6350, BBO#:  157640
Fax No.:  (413) 730-63461
rffaille@stpaultravelers.com